**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TERRENCE BREWER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BAR; BOARD OF TRUSTEES; COMMITTEE OF BAR EXAMINERS; and THEIR AGENTS IN THEIR OFFICIAL CAPACITY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00860-TLN-JDP<br><br>**[PROPOSED]** **ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendants The State Bar of California, Board of Trustees, and Committee of Bar Examiners ("State Bar Defendants") filed a request for a 28-day extension of time to file a responsive pleading to the First Amended Complaint through and including August 2, 2023. The Court read and considered the request and counsel's accompanying declaration, and, pursuant to Local Rule 144(c) and Federal Rule of Civil Procedure, rule 6, finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**. The new deadline for the filing of a responsive pleading is August 2, 2023.

IT IS SO ORDERED.

Dated:   June 23, 2023                              _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE