UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BREWER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BAR, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00860-TLN-JDP (PS)<br><br>ORDER |

In light of the parties' stipulation to extend the deadline for plaintiff to respond to defendants' motion to dismiss, ECF No. 19, the August 30, 2023, order to show cause, ECF No. 16, is discharged. Pursuant to the parties' stipulation, ECF No. 19, it is hereby ORDERED that:

1. The hearing on defendants' motion to dismiss remains set for October 5, 2023.

2. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion by September 15, 2023.

3. Defendants may file a reply to plaintiff's opposition, if any, by no later than September 25, 2023.

1

IT IS SO ORDERED.

Dated:   September 5, 2023                                            
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE