UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BREWER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BAR, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00860-TLN-JDP<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this civil action against Defendants. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On March 7, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 25.) Plaintiff filed objections on March 19, 2024, and defendants filed objections on March 20, 2024. (ECF Nos. 27, 28.) Those filings were considered by the undersigned.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS ORDERED that:

1. The proposed findings and recommendations filed on March 7, 2024, (ECF No. 25) are ADOPTED IN FULL;
2. Defendants' motion to dismiss (ECF No. 14) is GRANTED in part and DENIED in part as follows:
    a. Plaintiff's claim for interference, coercion, or intimidation under 42 U.S.C. § 12203(b) is DISMISSED with leave to amend;
    b. Plaintiff's state law claims are DISMISSED without leave to amend; and
3. This matter proceeds on Plaintiff's ADA retaliation claim under 42 U.S.C. § 12203(a);
4. Plaintiff shall file their amended complaint no later than thirty (30) days from the electronic filing date of this Order;
5. This matter is referred back to the magistrate judge for further proceedings.

Date: March 25, 2024

_____
Troy L. Nunley
United States District Judge

2