UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BREWER, | Case No. 2:23-cv-0860-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA STATE BAR, et al., | |
| Defendants. | |

On February 12, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 24, 2025, and they were considered by the undersigned.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations (ECF No. 48) filed February 12, 2025,

are adopted;

  2. Plaintiff's motion for injunctive relief (ECF No. 43) is DENIED without prejudice to renewal; and

  3. This matter is referred back to the assigned magistrate judge for all further pretrial matters.

  IT IS SO ORDERED.

Date: March 10, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE