UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRENCE BREWER,

Plaintiff,

v.

CALIFORNIA STATE BAR, et al.,

Defendants.

No. 2:23-cv-00860-TLN-JDP

**ORDER**

Plaintiff Terrence Brewer ("Plaintiff") is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On March 11, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 67.) No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 11, 2026 (ECF No. 67), are ADOPTED IN FULL;

2.  Defendants' motion to dismiss, ECF No. 58, is GRANTED;

3.  Plaintiff's second amended complaint is DISMISSED with leave to amend;

4.  Plaintiff is granted thirty days from the date of this order to file a third amended complaint;

5.  Plaintiff's motion for a preliminary injunction (ECF No. 53) and motion to strike (ECF No. 62) are DENIED; and

6.  This action is referred back to the assigned magistrate judge for all further pretrial matters.

IT IS SO ORDERED.

Date: March 31, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2